1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    ALFONSO CONTRERAS,                    1:17-cv-01375-JLT (HC)

12                Petitioner,               ORDER TRANSFERRING CASE TO THE
                                            UNITED STATES DISTRICT COURT FOR
13          v.                              THE CENTRAL DISTRICT OF CALIFORNIA

14    UNITED STATES OF AMERICA,

15                Respondent.

16

17          The federal venue statute requires that a civil action, other than one based on diversity

18    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

19    defendants reside in the same state, (2) a judicial district in which a substantial part of the events

20    or omissions giving rise to the claim occurred, or a substantial part of the property that is the

21    subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if

22    there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

23          In this case, the petitioner is challenging a conviction from San Bernardino County, which

24    is in the Central District of California.  Therefore, the petition should have been filed in the

25    United States District Court for the Central District of California.  In the interest of justice, a

26    federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. §

27    1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

28          Accordingly, the Court **ORDERS** that this matter is transferred to the United States

District Court for the Central District of California.

IT IS SO ORDERED.

   Dated:   __**October 24, 2017**__          _____**/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE